IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAVEL CHINN,

    Petitioner,

    -vs-

WARDEN, Mansfield Correctional
Institution,

    Respondent.

:

:

:

Case No. 3:02-cv-512

District Judge Edmund A. Sargus, Jr.
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This capital habeas corpus case is before the Court on Petitioner's Objections (Doc. No. 63) to the Magistrate Judge's Report and Recommendations (Doc. No. 60). As permitted by Fed. R. Civ. P. 72, the Warden has filed a Response to those Objections (Doc. No. 66).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report and recommendations analyzing the Objections and Response and making recommendations based on that analysis.

                                                    5-8-2012
                                      EDMUND A. SARGUS, JR.
                                      UNITED STATES DISTRICT JUDGE