# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVEL CHINN,

                          Petitioner,        :    Case No. 3:02-cv-512

    - vs -                                Chief Judge Edmund A. Sargus, Jr.
                                                 Magistrate Judge Michael R. Merz

WARDEN, Mansfield Correctional
Institution,

                         :

                         Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 127), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Respondent's Motion to Dismiss (ECF No. 118) is DENIED.

October 16th, 2015.

                                          Chief Judge Edmund A. Sargus, Jr.
                                          United States District Court